# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:14 CV 288

| | | |
|---|---|---|
| CATHERINE DIEHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| WILLIAM K. DIEHL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Robert E. Sumner, IV's Application for Admission to Practice *Pro Hac Vice* of Trudy H. Robertson. It appearing that Trudy H. Robertson is a member in good standing with the South Carolina State Bar and will be appearing with Robert E. Sumner, IV, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Robert E. Sumner, IV's Application for Admission to Practice *Pro Hac Vice* (#5) of Trudy H. Robertson is

**GRANTED**, and that Trudy H. Robertson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Robert E. Sumner, IV.

Signed: July 18, 2014

Dennis L. Howell
United States Magistrate Judge