IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14cv288

| | |
|---|---|
| CATHERINE DIEHL, | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| WILLIAM K. DIEHL, JR., | ) |
| Defendant. | ) |

Pending before the Court is the Motion to Strike [# 6]. Plaintiff moves to strike the Answer to the Complaint. On August 1, 2014, Defendant filed an Amended Answer. The filing of an amended pleading supersedes the original pleading and renders it void of any legal function in the case. Young v. City of Mount Ranier, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motion to Strike [# 6].

.

Signed: August 13, 2014

Dennis L. Howell
United States Magistrate Judge

1