# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:14-cv-00288-MR-DLH

| | |
|---|---|
| CATHERINE DIEHL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WILLIAM K. DIEHL, JR., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On February 13, 2015, the Plaintiff filed a Motion for Summary Judgment [Doc. 22] and a Brief in support thereof [Doc. 22-1]. The Plaintiff's filings, however, fail to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must be in at least 14 point type. [Doc. 18 at 5]. Accordingly, the Plaintiff's Motion and supporting brief will be stricken.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Summary Judgment [Doc. 22] and Brief in support thereof [Doc. 22-1] are hereby **STRICKEN**. The Plaintiff may file a motion and brief which comply

with the requirements of this Court within fourteen (14) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge