IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:14-CV-288-MR-DLH

CATHERINE DIEHL,              )
                              )
        Plaintiff,            )
                              )
v.                            )        **DEFENDANT'S**
                              )        **RULE 56(d) MOTION**
WILLIAM K. DIEHL, JR.,        )
                              )
        Defendant.            )
_____       )

William K. Diehl, Jr. ("Defendant"), respectfully submits this Defendant's

Rule 56(d) Motion pursuant to Rule 56(d) of the Federal Rules of Civil Procedure

(2015). Defendant states the following in support of this Motion:

1.      Catherine L. Diehl ("Plaintiff") filed this lawsuit on June 3, 2014,

alleging that Defendant breached a Contract of Separation and Property Settlement

Agreement ("Agreement") the parties executed in August 2004. [Doc. 1].

2.      Defendant denied liability, asserted various affirmative defenses

(including common law marriage and unclean hands), and counterclaimed to

recover all payments Plaintiff received from him under the Agreement after she

and an adult male widower, James H. Shuttleworth ("Mr. Shuttleworth"), became

married under the common law of South Carolina. [Doc. 11].

3.      This Court entered a Pretrial Order and Case Management Plan on

September 9, 2014, which established a discovery deadline of May 1, 2015; a

mediation deadline of May 15, 2015; and a motions deadline of June 1, 2015.
[Doc. 18, p. 1].

4.    Plaintiff subsequently filed her pending Plaintiff's Motion for
Summary Judgment on February 19, 2015. [Doc. 24].

5.    For the reasons set forth in the Declaration of William K. Diehl, Jr.,
and the Brief in Support of Defendant's Rule 56(d) Motion and in Opposition to
Plaintiff's Summary Judgment Motion, this Court should delay consideration of
any summary judgment motion until after the discovery deadline passes.

6.    After consultation, Plaintiff's counsel expressed that he might be
willing to have a more in depth discussion regarding the relief requested herein
once he reviews Defendant's summary judgment response, but at this point he is
not inclined to agree to such relief.

**WHEREFORE**, Defendant respectfully prays that this Court grant this Rule
56(d) Motion and dismiss the Plaintiff's Motion for Summary Judgment without
prejudice to refiling after the close of the discovery period.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted this 9th day of March, 2015.

**James, McElroy and Diehl, P.A.**

/s/ William K. Diehl, Jr.

William K. Diehl, Jr.
N.C. State Bar No. 1187
600 South College Street
Charlotte, North Carolina 28202
704-372-9870 (telephone)
704-333-5508 (facsimile)
BDiehl@jmdlaw.com
*Counsel for Defendant*

-4-

## CERTIFICATE OF SERVICE

I hereby certify that this **DEFENDANT'S RULE 56(d) MOTION** was served upon Plaintiff's counsel of record via this Court's CM/ECF system as follows:

Robert E Sumner, IV – robertsumner@mvalaw.com

Trudy H. Robertson – trudyrobertson@mvalaw.com

This 9th day of March, 2015.

**James, McElroy and Diehl, P.A.**

_____/s/ William K. Diehl, Jr._____
William K. Diehl, Jr.
N.C. State Bar No. 1187
600 South College Street
Charlotte, North Carolina 28202
704-372-9870 (telephone)
704-333-5508 (facsimile)
BDiehl@jmdlaw.com
*Counsel for Defendant*