# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:14-cv-00288-MR-DLH

| | |
|---|---|
| CATHERINE DIEHL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> WILLIAM K. DIEHL, JR., ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Stay Enforcement of Order Awarding Attorney's Fees and Costs Pending Resolution of Objections [Doc. 47].

The Defendant moves the Court to stay enforcement of Judge Howell's Order awarding the Plaintiff fees and expenses incurred in the filing of a motion to compel pending resolution of the Defendant's objections to the Magistrate Judge's ruling on the motion to compel. [Doc. 47]. The Defendant indicates in his motion that the Plaintiff opposes the requested stay.

For the reasons stated in the Defendant's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Stay Enforcement of Order Awarding Attorney's Fees and Costs Pending Resolution of Objections [Doc. 47] is **GRANTED**. The Court hereby **STAYS** enforcement of the Magistrate Judge's Order awarding fees and expenses pending resolution of the Defendant's objections to the Order granting the Plaintiff's Motion to Compel.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge